APPEAL,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:12-cr-00155-RJL</u> All Defendants

Case title: USA v. BROWN
Magistrate judge case number: 1:12-mj-00292-JMF

Date Filed: 07/06/2012

---

Assigned to: Judge Richard J. Leon

Appeals court case numbers: 13-3062, 16-3076

**Defendant (1)**

| | |
|---|---|
| **JAMES WENDELL BROWN**<br>*also known as*<br>JIMMY | represented by **Barbara E. Kittay**<br>LAW OFFICES OF BARBARA E. KITTAY<br>11140 Rockville Pike<br>Suite 100-284<br>Rockville, MD 20852<br>(301) 468-1817<br>Fax: (301) 468-1817<br>Email: bkittay@verizon.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment<br><br>**Lara Gabrielle Quint**<br>FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004<br>(202) 208-7500 ext. 133<br>Fax: (202) 208-7515<br>Email: lara_quint@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252A(a)(2); ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO; Distribution of Child Pornography. | RESENTENCED on 06/08/16 – Defendant resentenced to One Hundred Forty-Four (144) months incarceration, followed by Two Hundred Forty (240) months supervised release. Special Assessment of $100.00. |

1

| | | | |
|---|---|---|---|
| 03/28/2012 | | | ORAL MOTION to Appoint Counsel by JAMES WENDELL BROWN. (ldc, ) [1:12-mj-00292-JMF] (Entered: 03/28/2012) |
| 03/28/2012 | | | ORAL MOTION for Speedy Trial Waiver by JAMES WENDELL BROWN. (ldc, ) [1:12-mj-00292-JMF] (Entered: 03/28/2012) |
| 03/28/2012 | | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Initial Appearance as to JAMES WENDELL BROWN held on 3/28/2012. Arrest warrant returned executed dated 03/28/12. Oral Motion to Appoint Counsel and Oral Motion for Speedy Trial Waiver excluding time from 03/28/12 - 04/10/12, 13 (thirteen) days in the interest of justice X-T by JAMES WENDELL BROWN (1) heard and granted. Oral Motion by USA for Temporary Detention (3 day hold) as to JAMES WENDELL BROWN (1) heard and granted. Preliminary/Detention Hearing set for 4/10/2012 01:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. Medical/Mental Health Alert issued to the Department of Corrections Medical Unit as to JAMES WENDELL BROWN. Bond Status of Defendant: Defendant held without bond; Defendant committed/commitment issued; Court Reporter: Bowles Reporting Services: Defense Attorney: Lara Quint; US Attorney: David Last; Pretrial Officer: Vaughn Wilson; (ldc, ) [1:12-mj-00292-JMF] (Entered: 03/28/2012) |
| 04/10/2012 | | | ORAL JOINT MOTION to Continue Preliminary/Detention Hearingby JAMES WENDELL BROWN. (lm, ) [1:12-mj-00292-JMF] (Entered: 04/12/2012) |
| 04/10/2012 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Status Conference as to JAMES WENDELL BROWN held on 4/10/2012. Oral Motion to Continue Preliminary/Detention Hearing as to JAMES WENDELL BROWN (1) heard and granted. Preliminary/Detention Hearing set for 4/23/2012 at 01:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. Court grants Waiver of Speedy Trial from 4/10/12 to 04/23/12 in the Interest of Justice. Bond Status of Defendant: committed/commitment issued; Court Reporter: Bowles Reporting Defense Attorney: Lara Quint, Michelle Peterson; US Attorney: David Last; (lm ) [1:12-mj-00292-JMF] (Entered: 04/12/2012) |
| 04/12/2012 | 3 | | ORDER TO CONTINUE - Ends of Justice as to JAMES WENDELL BROWN Time excluded from 4/12/12 until 4/23/12. Signed by Magistrate Judge Deborah A. Robinson on 4/10/12. (lm, ) [1:12-mj-00292-JMF] (Entered: 04/12/2012) |
| 04/23/2012 | | | ORAL Joint MOTION for Waive Preliminary Hearing and Waive Speedy Trial by JAMES WENDELL BROWN. (lm) [1:12-mj-00292-JMF] (Entered: 04/30/2012) |
| 04/23/2012 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Oral Jiont Motion for Waiver of Speedy Trial from 4/23/12 - 5/29/12 as to JAMES WENDELL BROWN(1) heard and granted. Detention Hearing as to JAMES WENDELL BROWN held on 4/23/2012. Court ordered defendant held without bond. Bond Status of Defendant: committed/commitment issued; Court Reporter: Bowles Reporting; Defense Attorney: Michelle Peterson for Lara Quint; US Attorney: Julliane Himestein for David Last. (lm) [1:12-mj-00292-JMF] (Entered: 04/30/2012) |
| 04/23/2012 | 8 | | WAIVER of Preliminary Hearing as to JAMES WENDELL BROWN (lm, ) [1:12-mj-00292-JMF] (Entered: 04/30/2012) |

| | | | |
|---|---|---|---|
| 04/23/2012 | 9 | | ORDER TO CONTINUE – Ends of Justice as to JAMES WENDELL BROWN Time excluded from 4/23/12 until 5/29/12. Signed by Magistrate Judge Deborah A. Robinson on 4/23/12. (lm) [1:12-mj-00292-JMF] (Entered: 04/30/2012) |
| 05/29/2012 | 10 | | MEMORANDUM OF FINDINGS OF FACT AND STATEMENT OF REASONS IN SUPPORT OF ORDER OF DETENTION as to JAMES WENDELL BROWN. Signed by Magistrate Judge Deborah A. Robinson on 05/29/2012. (lcdar3) [1:12-mj-00292-JMF] (Entered: 05/30/2012) |
| 06/06/2012 | | | Set/Reset Hearings as to JAMES WENDELL BROWN:Status Conference/Speedy Trial Waiver set for 6/11/2012 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (ldc, ) [1:12-mj-00292-JMF] (Entered: 06/06/2012) |
| 06/08/2012 | 11 | | ENTERED IN ERROR .....NOTICE OF SUBSTITUTION OF COUNSEL as to JAMES WENDELL BROWN. Attorney Ari B. Redbord for USA added. (mac) Modified on 6/19/2012 (zmac) [1:12-mj-00292-JMF] (Entered: 06/11/2012) |
| 06/11/2012 | | | ORAL MOTION to Continue Status Hearing, ORAL MOTION for Speedy Trial Waiver by JAMES WENDELL BROWN. (ldc, ) [1:12-mj-00292-JMF] (Entered: 06/11/2012) |
| 06/11/2012 | | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Status Conference as to JAMES WENDELL BROWN held on 6/11/2012. Parties continue to negotiate a plea agreement. Oral Motion to Continue Status Hearing and Oral Motion for Speedy Trial Waiver excluding time from 06/11/12 – 06/18/12 (one week) in the interest of justice X-T by JAMES WENDELL BROWN (1) heard and granted. Status Hearing continued to 6/18/2012 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: Bowles Reporting Services: Defense Attorney: Lara Quint; US Attorney: Ari Redbord; (ldc, ) [1:12-mj-00292-JMF] (Entered: 06/11/2012) |
| 06/15/2012 | | | Set/Reset Hearings as to JAMES WENDELL BROWN: Preliminary Hearing/Status Hearing set for 6/18/2012 01:45 PM in Courtroom 6 before Magistrate Judge John M. Facciola. (ldc, ) [1:12-mj-00292-JMF] (Entered: 06/15/2012) |
| 06/18/2012 | | | JOINT ORAL MOTION to Continue Status Hearing, JOINT ORAL MOTION for Speedy Trial Waiver as to JAMES WENDELL BROWN. (ldc, ) [1:12-mj-00292-JMF] (Entered: 06/18/2012) |
| 06/18/2012 | | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Status Hearing as to JAMES WENDELL BROWN held on 6/18/2012. Parties continue to discuss a plea agreement. Joint Oral Motion to Continue Status Hearing and Joint Oral Motion for Speedy Trial Waiver excluding time from 06/18/12 – 07/11/12 in the interest of justice X-T as to JAMES WENDELL BROWN (1) heard and granted. Status Hearing continued to 7/11/2012 09:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: Bowles Reporting Services: Defense Attorney: Lara Quint; US Attorney: Ari Redbord; (ldc, ) [1:12-mj-00292-JMF] (Entered: 06/18/2012) |
| 06/18/2012 | 12 | | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Redbord, Ari B. added. Substituting for attorney David Last (Redbord, Ari) |

4

|  |  |  | [1:12-mj-00292-JMF] (Entered: 06/18/2012) |
|---|---|---|---|
| 07/06/2012 | 13 |  | INFORMATION as to JAMES WENDELL BROWN (1) count(s) 1. (hsj, ) (Entered: 07/10/2012) |
| 07/31/2012 | 14 |  | Unopposed MOTION for Hearing by USA as to JAMES WENDELL BROWN. (Redbord, Ari) (Entered: 07/31/2012) |
| 09/12/2012 |  |  | Set/Reset Hearings as to JAMES WENDELL BROWN:Status Conference set for 9/25/2012 04:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 09/12/2012) |
| 09/26/2012 |  |  | Set/Reset Hearings as to JAMES WENDELL BROWN: Plea Agreement Hearing set for 10/11/2012 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 09/26/2012) |
| 10/11/2012 |  |  | Terminate Hearing as to JAMES WENDELL BROWN: The Plea Agreement Hearing scheduled for October 11, 2012 is vacated and will be rescheduled at a date and time to be determined. (jth) (Entered: 10/12/2012) |
| 12/11/2012 |  |  | Set/Reset Hearings as to JAMES WENDELL BROWN:Status Conference set for 12/18/2012 04:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 12/11/2012) |
| 12/18/2012 |  |  | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference as to JAMES WENDELL BROWN held on 12/18/2012. Speedy Trial waived from 12/18/2012 until 1/16/2013 in the Interest of Justice (START XT). Plea Agreement Hearing is scheduled for 1/16/2013 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. Bond Status of Defendant: Defendant Committed –Commitment Issued; Court Reporter: Crystal Pilgrim; (Present – Defendant;Defense Attorney: Lara Gabrielle Quint; U.S. Attorney: Ari B. Redbord) (jth) (Entered: 12/18/2012) |
| 01/14/2013 |  |  | Set/Reset Hearings as to JAMES WENDELL BROWN:Plea Agreement Hearing set for 1/16/2012 has been converted into a Status Conference set for 1/16/2013 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 01/14/2013) |
| 01/14/2013 |  |  | Terminate Hearings: The 1/16/2013 plea agreement hearing converted into a Status Conference. (kc ) (Entered: 01/14/2013) |
| 01/16/2013 |  |  | Minute Entry: Status Conference as to JAMES WENDELL BROWN held on 1/16/2013 before Judge Richard J. Leon: Plea Agreement Hearing set for 1/30/2013 11:30 AM in Courtroom 18 before Judge Richard J. Leon. The defendant waives speedy trial from 01/16/13 through 01/30/13 Defendant committed; commitment issued. Court Reporter: Theresa Sorensen Defense Attorney: Lara Quint; US Attorney: Ari Redbord. (tb, ) (Entered: 01/16/2013) |
| 01/30/2013 |  |  | VACATED PURSUANT TO ORAL ORDER FILED 06/19/13.....Minute Entry: Arraignment/Plea Agreement as to JAMES WENDELL BROWN (1) on Count 1 held on 1/30/2013 before Judge Richard J. Leon: Plea of GUILTY entered by JAMES WENDELL BROWN (1) as to Count 1. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to JAMES WENDELL BROWN. Sentencing set for 4/23/2013 11:30 AM in Courtroom 18 before Judge Richard J. Leon. Defendant committed; commitment issued. Court Reporter: Patty Gels Defense Attorney: Lara Quint; US Attorney: Ari Redbord. (tb, ) Modified on |

5

| | | |
|---|---|---|
| | | 6/20/2013 (jth). (Entered: 01/31/2013) |
| 01/30/2013 | 15 | WITHDRAWN PURSUANT TO ORAL ORDER FILED 06/19/13.....WAIVER of Right to Trial by Jury as to JAMES WENDELL BROWN. Signed by Judge Richard J. Leon on 01/30/13. (tb, ) Modified on 6/20/2013 (jth). (Entered: 01/31/2013) |
| 01/30/2013 | 16 | WITHDRAWN PURSUANT TO ORAL ORDER FILED 06/19/13.....WAIVER OF INDICTMENT by JAMES WENDELL BROWN. Signed by Judge Richard J. Leon on 01/30/13. (tb, ) Modified on 6/20/2013 (jth). (Entered: 01/31/2013) |
| 01/30/2013 | 17 | WITHDRAWN PURSUANT TO ORAL ORDER FILED 06/19/2013.....STATEMENT OF OFFENSE by JAMES WENDELL BROWN. (tb,) Modified on 6/20/2013 (jth). (Entered: 01/31/2013) |
| 01/30/2013 | 18 | WITHDRAWN PURSUANT TO ORAL ORDER FILED 06/19/13.....PLEA AGREEMENT as to JAMES WENDELL BROWN. (tb, ) Modified on 6/20/2013 (jth). (Entered: 01/31/2013) |
| 02/27/2013 | | Set/Reset Hearings as to JAMES WENDELL BROWN: Sentencing originallly set for 4/23/2013 is rescheduled for for 4/24/2013 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 02/27/2013) |
| 04/15/2013 | 20 | SENTENCING MEMORANDUM by USA as to JAMES WENDELL BROWN (Redbord, Ari) (Entered: 04/15/2013) |
| 04/16/2013 | 22 | Recommendation of PSI Report as to JAMES WENDELL BROWN. Not for public disclosure per Judicial Conference Policy.(Stevens-Panzer, Deborah) (Entered: 04/16/2013) |
| 04/16/2013 | 23 | SENTENCING MEMORANDUM by JAMES WENDELL BROWN (Attachments: # 1 Exhibit Letters in Aid of Sentencing)(Quint, Lara) (Entered: 04/16/2013) |
| 04/17/2013 | 24 | SENTENCING MEMORANDUM by JAMES WENDELL BROWN (Attachments: # 1 Exhibit Letters in Aid of Sentencing)(Quint, Lara) (Entered: 04/17/2013) |
| 04/17/2013 | 25 | RESPONSE by USA as to JAMES WENDELL BROWN *Sentencing Memorandum* (Redbord, Ari) (Entered: 04/17/2013) |
| 04/24/2013 | | Minute Entry for proceedings held before Judge Richard J. Leon: Case called for Sentencing but not held. Status Conference as to JAMES WENDELL BROWN held on 4/24/2013. Status Conference set for 5/6/2013 at 12:00 PM in Courtroom 18 before Judge Richard J. Leon. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Patty A. Gels; Defense Attorney: Lara Gabrielle Quint; US Attorney: Ari B. Redbord; Probation Officer: Crystal Lustig. (jth) (Entered: 04/24/2013) |
| 05/06/2013 | | Set/Reset Hearings as to JAMES WENDELL BROWN: The Status Conference set for 5/6/2013 at 12:00 PM is RESCHEDULED to a date to be determined. (lcrjl1) (Entered: 05/06/2013) |
| 05/13/2013 | | Set/Reset Hearings as to JAMES WENDELL BROWN: Plea Agreement Hearing set for 5/16/2013 12:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 05/13/2013) |

6

| | | |
|---|---|---|
| 05/16/2013 | | Set/Reset Hearings as to JAMES WENDELL BROWN: Hearing currently set for Thursday, May 16th will be continued to a date to be determined. (tb, ) (Entered: 05/16/2013) |
| 06/13/2013 | | Set/Reset Hearings as to JAMES WENDELL BROWN: Plea Agreement Hearing set for 6/19/2013 11:30 AM in Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 06/13/2013) |
| 06/13/2013 | 26 | Unopposed MOTION to Continue *Plea Hearing* by USA as to JAMES WENDELL BROWN. (Redbord, Ari) (Entered: 06/13/2013) |
| 06/14/2013 | | MINUTE ORDER granting 26 Motion to Continue Plea Agreement Hearing as to JAMES WENDELL BROWN. The Plea Agreement Hearing is reset for 6/19/2013 at 12:00 PM in Courtroom 18 before Judge Richard J. Leon. Signed by Judge Richard J. Leon on 6/14/2013. (jth) (Entered: 06/14/2013) |
| 06/17/2013 | 27 | Unopposed MOTION to Continue *Plea Hearing* by JAMES WENDELL BROWN. (Attachments: # 1 Text of Proposed Order)(Quint, Lara) (Entered: 06/17/2013) |
| 06/17/2013 | | MINUTE ORDER denying 27 Motion to Continue as to JAMES WENDELL BROWN. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 6/17/13. (lcrjl1) (Entered: 06/17/2013) |
| 06/19/2013 | 28 | SENTENCING MEMORANDUM by USA as to JAMES WENDELL BROWN (Redbord, Ari) (Entered: 06/19/2013) |
| 06/19/2013 | | Minute Entry for proceedings held before Judge Richard J. Leon: Plea Agreement Hearing as to JAMES WENDELL BROWN held on 6/19/2013. Plea Of Guilty and Plea Agreement previously held on 1/30/2013 were vacated. Plea of Guilty as to Count 1 entered by JAMES WENDELL BROWN. Sentencing is scheduled for 6/26/2013 at 11:30 AM in Courtroom 18 before Judge Richard J. Leon. Updated Sentencing Memoranda from the parties are due by the Close of Business on 6/21/2013. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Patty A. Gels; Defense Attorney: Lara Gabrielle Quint; US Attorney: Ari B. Recbord. (jth) (Entered: 06/19/2013) |
| 06/19/2013 | 29 | WAIVER OF INDICTMENT by JAMES WENDELL BROWN. Signed by Judge Richard J. Leon on 6/19/2013. (jth) (Entered: 06/19/2013) |
| 06/19/2013 | 30 | WAIVER of Right to Trial by Jury as to JAMES WENDELL BROWN. Approved by Judge Richard J. Leon on 6/19/2013. (jth) (Entered: 06/19/2013) |
| 06/19/2013 | 31 | PLEA AGREEMENT as to JAMES WENDELL BROWN. (jth) (Entered: 06/19/2013) |
| 06/19/2013 | 32 | STATEMENT OF OFFENSE by USA as to JAMES WENDELL BROWN. (jth) (Entered: 06/19/2013) |
| 06/20/2013 | 33 | SENTENCING MEMORANDUM by JAMES WENDELL BROWN (Attachments: # 1 Exhibit Letters on Behalf of Mr. Brown)(Quint, Lara) (Entered: 06/20/2013) |
| 06/26/2013 | | Minute Entry for proceedings held before Judge Richard J. Leon: Sentencing held on 6/26/2013 as to JAMES WENDELL BROWN. Count 1: sentenced to |

7

| | | | |
|---|---|---|---|
| | | | One Hundred Forty-Four (144) months incarceration, followed by Two Hundred Forty (240) months supervised release. Special Assessment of $100.00 was imposed. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Cathryn Jones; Defense Attorney: Lara Gabrielle Quint; US Attorney: Ari B. Redbord; Probation Officer: Crystal Lustig. (jth) (Entered: 06/26/2013) |
| 07/02/2013 | 35 | | JUDGMENT as to JAMES WENDELL BROWN. Statement of Reasons Not Included. Signed by Judge Richard J. Leon on 6/27/2013. (hsj, ) (Entered: 07/02/2013) |
| 07/02/2013 | 36 | | STATEMENT OF REASONS as to JAMES WENDELL BROWN re 35 Judgment Not for public disclosure per Judicial Conference Policy. Signed by Judge Richard J. Leon on 6/27/2013. (hsj, ) (Entered: 07/02/2013) |
| 07/08/2013 | 37 | | NOTICE OF APPEAL - Final Judgment by JAMES WENDELL BROWN Fee Status: No Fee Paid. Parties have been notified. (Quint, Lara) (Entered: 07/08/2013) |
| 07/09/2013 | 38 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. Defendant is represented by Federal Public Defender's Office. Docketing Statement Not Received as to JAMES WENDELL BROWN re 37 Notice of Appeal - Final Judgment. No Fee Paid (hsj, ) (Entered: 07/09/2013) |
| 07/10/2013 | | | USCA Case Number as to JAMES WENDELL BROWN 13-3062 for 37 Notice of Appeal - Final Judgment filed by JAMES WENDELL BROWN. (hsj, ) (Entered: 07/11/2013) |
| 08/12/2013 | 39 | | TRANSCRIPT OF PROCEEDINGS in case as to JAMES WENDELL BROWN before Judge Richard J. Leon held on June 26, 2013; Page Numbers: 1 - 47. Court Reporter/Transcriber Cathryn Jones, Telephone number 202 354-3246, Court Reporter Email Address : cathryjns1@aol.com.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/2/2013. Redacted Transcript Deadline set for 9/12/2013. Release of Transcript Restriction set for 11/10/2013.(Jones, Cathryn) (Entered: 08/12/2013) |
| 08/24/2013 | 40 | | TRANSCRIPT OF Return on Arrest Warrant and Initial Appearance PROCEEDINGS in case as to JAMES WENDELL BROWN before Magistrate Judge John M. Facciola held on 3/28/12. Page Numbers: 1 - 7. Date of Issuance: 8/24/13. Court Reporter/Transcriber: Bowles Reporting Service, Telephone number (860) 464-1083.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

8

| | | | |
|---|---|---|---|
| | | | above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 9/14/2013. Redacted Transcript Deadline set for 9/24/2013. Release of Transcript Restriction set for 11/22/2013.(mlp) (Entered: 08/27/2013) |
| 08/24/2013 | 41 | | TRANSCRIPT OF Preliminary/Detention Hearing PROCEEDINGS in case as to JAMES WENDELL BROWN before Magistrate Judge Deborah A. Robinson held on 4/10/12; Page Numbers: 1 – 13. Date of Issuance: 8/24/13. Court Reporter/Transcriber: Bowles Reporting Service. Telephone number (860) 464-1083.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 9/14/2013. Redacted Transcript Deadline set for 9/24/2013. Release of Transcript Restriction set for 11/22/2013.(mlp) (Entered: 08/27/2013) |
| 08/24/2013 | 42 | | TRANSCRIPT OF Preliminary/Detention Hearing PROCEEDINGS in case as to JAMES WENDELL BROWN before Magistrate Judge John M. Facciola held on 04/23/12. Page Numbers: 1 – 31. Date of Issuance: 8/24/13. Court Reporter/Transcriber: Bowles Reporting Service. Telephone number (860) 464-1083.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to |

9

| | | | |
|---|---|---|---|
| | | | redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 9/14/2013. Redacted Transcript Deadline set for 9/24/2013. Release of Transcript Restriction set for 11/22/2013.(mlp) (Entered: 08/27/2013) |
| 08/24/2013 | 43 | | TRANSCRIPT OF Status Hearing PROCEEDINGS in case as to JAMES WENDELL BROWN before Magistrate Judge John M. Facciola held on 06/18/12. Page Numbers: 1 – 6. Date of Issuance: 8/24/13. Court Reporter/Transcriber: Bowles Reporting Service. Telephone number (860) 464-1083.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 9/14/2013. Redacted Transcript Deadline set for 9/24/2013. Release of Transcript Restriction set for 11/22/2013.(mlp) (Entered: 08/27/2013) |
| 09/17/2013 | 44 | | TRANSCRIPT OF PROCEEDINGS in case as to JAMES WENDELL BROWN before Judge Richard J. Leon held on 12/18/12; Page Numbers: 1-11. Date of Issuance:09/17/13. Court Reporter/Transcriber Crystal M. Pilgrim, Telephone number 202.354.3127, Court Reporter Email Address : crystalpilgrim@aol.com.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 10/8/2013. Redacted Transcript Deadline set for 10/18/2013. Release of Transcript Restriction set for 12/16/2013.(Pilgrim, |

| | | | |
|---|---|---|---|
| | | | Crystal) (Entered: 09/17/2013) |
| 09/18/2014 | 45 | | TRANSCRIPT OF PROCEEDINGS in case as to JAMES WENDELL BROWN before Judge Richard J. Leon held on 1-16-13; Page Numbers: 1-8. Date of Issuance:9-18-14. Court Reporter/Transcriber Theresa Sorensen, Telephone number 202-354-3044, Court Reporter Email Address : theresams@erols.com.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 10/9/2014. Redacted Transcript Deadline set for 10/19/2014. Release of Transcript Restriction set for 12/17/2014.(Foradori, Lisa) (Entered: 09/18/2014) |
| 02/10/2016 | 46 | | MANDATE of USCA (certified copy) as to JAMES WENDELL BROWN re 37 Notice of Appeal - Final Judgment. The Sentencing Judgment of the District Court Appealed From in this Cause be Vacated and the Case is hereby Remanded for Resentencing. USCA Case Number 13-3062. (hsj) (Entered: 02/11/2016) |
| 02/24/2016 | | | Set/Reset Hearings as to JAMES WENDELL BROWN:Status Conference set for 3/2/2016 at 12:00 PM in Courtroom 18 before Judge Richard J. Leon. (tb) (Entered: 02/24/2016) |
| 03/02/2016 | | | Minute Entry: Status Conference as to JAMES WENDELL BROWN held on 3/2/2016 before Judge Richard J. Leon: The request to file supplemental sentencing memorandum taken under advisement. Defendant presenced waived. Defendant remains incarcerated.; Court Reporter: William Zaremba; Defense Attorney: Barbara Kittay; US Attorney: Ari Redbord. (tb) Modified on 3/3/2016 (tb). (Entered: 03/03/2016) |
| 03/31/2016 | 48 | | NOTICE OF ATTORNEY APPEARANCE: Barbara E. Kittay appearing for JAMES WENDELL BROWN (Kittay, Barbara) (Entered: 03/31/2016) |
| 03/31/2016 | 49 | | Unopposed MOTION for Hearing *Sentencing* by JAMES WENDELL BROWN. (Kittay, Barbara) (Entered: 03/31/2016) |
| 04/13/2016 | | | MINUTE ORDER as to JAMES WENDELL BROWN. Granting Defendant's Unopposed 49 Motion Requesting the Scheduling of a Re-Sentencing Hearing. Re-Sentencing in this matter is scheduled for 6/8/2016 at 2:30 PM in Courtroom 18 before Judge Richard J. Leon. Sentencing Memoranda from the parties, if any, are due by 6/1/2016. SO ORDERED. By Judge Richard J. Leon on 04/13/2016. (jth) (Entered: 04/13/2016) |
| 05/19/2016 | 50 | | SENTENCING MEMORANDUM by JAMES WENDELL BROWN (Kittay, Barbara) (Entered: 05/19/2016) |
| 05/20/2016 | | | NOTICE OF ERROR re 50 Sentencing Memorandum ; emailed to bkittay@verizon.net, cc'd 3 associated attorneys -- The PDF file you docketed |

11

| | | | |
|---|---|---|---|
| | | | contained errors: 1. Docket Entry 50 Modified to Correct Entry as a Supplemental Sentencing Memorandum. Do Not Refile. (zhsj, ) (Entered: 05/20/2016) |
| 06/08/2016 | | | Minute Entry: Resentencing as to JAMES WENDELL BROWN held on 6/8/2016 before Judge Richard J. Leon: Defendant resentenced to One Hundred Forty-Four (144) months incarceration, followed by Two Hundred Forty (240) months supervised release. Special Assessment of $100.00. Defendant committed; commitment issued. Court Reporter: William Zaremba; Defense Attorney: Barbara Kittay; US Attorney: Ari Redbord; Prob Officer: Crystal Lustig. (tb) (Entered: 06/09/2016) |
| 06/16/2016 | 51 | | NOTICE OF APPEAL – Final Judgment by JAMES WENDELL BROWN Fee Status: No Fee Paid. Parties have been notified. (Kittay, Barbara) (Entered: 06/16/2016) |
| 06/17/2016 | 52 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been filed as to JAMES WENDELL BROWN re 51 Notice of Appeal – Final Judgment. (hsj) (Entered: 06/17/2016) |
| 07/05/2016 | | | USCA Case Number as to JAMES WENDELL BROWN 16-3076 for 51 Notice of Appeal – Final Judgment filed by JAMES WENDELL BROWN. (hsj) (Entered: 07/07/2016) |
| 07/06/2016 | 53 | 13 | JUDGMENT as to JAMES WENDELL BROWN. Statement of Reasons Not Included. Signed by Judge Richard J. Leon on 7/5/2016. (hsj) (Entered: 07/07/2016) |
| 07/06/2016 | 54 | 19 | STATEMENT OF REASONS as to JAMES WENDELL BROWN re 53 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Richard J. Leon on 7/5/2016. (hsj) (Entered: 07/07/2016) |

AO 245B (Rev. 02/16) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JAMES WENDELL BROWN | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: 12-155 (RJL)<br>USM Number: 32054-016<br>Barbara Kittay<br>Defendant's Attorney |

**FILED**
JUL 06 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1 of the Information filed on July 6, 2012.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2552A(a)(2) | Distribution of Child Pornography. | 3/5/2012 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/8/2016
Date of Imposition of Judgment

_Signature of Judge_

Richard J. Leon      U.S. District Judge
Name and Title of Judge

7/5/16
Date



AO 245B (Rev 02/16) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: JAMES WENDELL BROWN
CASE NUMBER: 12-155 (RJL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

ONE HUNDRED AND FORTY (144) MONTHS ON COUNT ONE (1) WITH CREDIT FOR TIME SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/16) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: JAMES WENDELL BROWN
CASE NUMBER: 12-155 (RJL)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
TWO HUNDRED AND FORTY (240) MONTHS ON COUNT ONE (1).

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☑ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev 02/16) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: JAMES WENDELL BROWN
CASE NUMBER: 12-155 (RJL)

# ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall notify the Clerk of Court for the U.S. District Court within thirty (30) days of any change of address until such time as the financial obligation is paid in full.

2. Pursuant to 42 USC Section 14135a, for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the Probation Office.

3. The defendant shall comply with the Sex Offender Registration requirements for convicted sex offenders in any state or jurisdiction where he resides, is employed, carry on a vocation, or is a student.

4. The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the Probation Officer.

5. The defendant shall not be employed, or volunteer, in any capacity that may cause him to come in direct contact with children, except under circumstances approved in advance by the supervisory Probation Officer.

6. Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision.

7. The defendant shall participate in a program of sex offender assessment and treatment, as directed by the Probation Officer, until such time as he is released from the program. This assessment and treatment may include physiological testing such as polygraph to assist in planning, case monitoring, and supervision. At the direction of the Probation Officer, the defendant shall pay for all or a portion of any treatment program.

Pursuant to Rule 32.2(a) of the Fed. Rules of Crim. Proc., the defendant is ordered to forfeit a Toshiba Satellite A-665 laptop, S/N: 9A022382K.

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.

AO 245B (Rev. 02/16) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: JAMES WENDELL BROWN
CASE NUMBER: 12-155 (RJL)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 02/16) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT: JAMES WENDELL BROWN
CASE NUMBER: 12-155 (RJL)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payment of $ 100.00 due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.